# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Lawrence L. Piersol United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JLS | Court Reporter – Jill Connelly |
| Courtroom - SF #1 | Date – November 19, 2018 – November 21, 2018 |

4:18-CV-04056-LLP

| | |
|---|---|
| Winston Grey Brakeall<br>*a/k/a Winston Brakeall*<br><br>Plaintiffs,<br><br>vs.<br><br>Dennis Kaemingk, Brent Fluke, Kris Karberg, Rebecca Schieffer<br><br>Defendants. | Alex Hagen<br><br><br><br><br><br>James Moore, Alexis Warner |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:

| | |
|---|---|
| 9:02 AM | Enter Court Trial before the Hon. Lawrence L. Piersol, United States District Judge, Sioux Falls, SD. Counsel state their appearances for the record. Winston Brakeall is present at plaintiff table. Dennis Kaemingk is present at defendant table. |
| | **Dennis Kaemingk** is called and affirmed as a witness by Plaintiff. Direct examination by Mr. Hagen. Mr. Moore reserves. |
| 10:18 AM | Court in recess for 15 minutes. |
| 10:34 AM | Trial resumes. |
| | **Catherine Schlimgen** is called and affirmed as a witness by Plaintiff. Direct examination by Mr. Hagen. Ms. Warner reserves. |
| 11:41 AM | Court in recess until 1:00 PM |
| 1:04 P:M | Trial resumes. |

|  |  |
|---|---|
|  | **Winston Grey Brakeall** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. |
| 2:33 PM | Court in recess for 15 minutes. |
| 2:48 PM | Trial resumes. |
|  | Discussion regarding remainder of trial. |
|  | **Winston Grey Brakeall** resumes the stand. Mr. Hagen resumes direct. Mr. Moore reserves cross-examination. Mr. Hagen reserves redirect examination. |
|  | **Mary Christine Hutton** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. Cross-examination by Ms. Warner. Redirect by Mr. Hagen. Questions by the Court. |
|  | **Winston Grey Brakeall** resumes the stand. Cross-examination by Mr. Moore. |
| 5:04 PM | Court in recess until 9:00 AM |

### TUESDAY, NOVEMBER 20, 2018

|  |  |
|---|---|
| 9:02 AM | Trial resumes. |
|  | Discussion regarding argument and briefing. |
|  | **Winston Grey Brakeall** resumes the stand. Cross-examination continues by Mr. Moore. Redirect examination by Mr. Hagen. Questions by the Court. Further questions by Mr. Hagen. Questions by the Court. |
|  | **Jeff Larson** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. Cross-examination by Mr. Moore. Redirect by Mr. Hagen. Questions by the Court. |
| 10:35 AM | Court in recess for 15 minutes. |
| 10:52 AM | Trial resumes. |
|  | The Court address PLRA issues. |
|  | **David Shapiro** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. Cross-examination by Mr. Moore. Redirect examination by Mr. Hagen. Questions by the Court. Further discussion by Mr. Moore. Comments by the Court. |
| 11:55 AM | Court in recess until 1:00 PM. |
| 1:01 PM | Trial resumes. |

**Tiffany Voigt** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. Cross-examination by Ms. Warner. Redirect by Mr. Hagen. Questions by the Court.

**Ashely McDonald** is called and affirmed as a witness by Defendant. Direct examination by Ms. Moore. Cross-examination by Mr. Hagen.

2:28 PM    Court in recess for 15 minutes.

2:48 PM    Trial resumes.

**Ashely McDonald** resumes the stand. Cross-examination continues by Mr. Hagen.

**Candy Snyder** is called and affirmed as a witness by Defendant. Direct by Ms. Moore. Cross-examination by Mr. Hagen. Questions by the Court.

4:17 PM    Court is in recess for 15 minutes.

4:33 PM    Trial resumes

**Dennis Kaemingk** is called as a witness by Defendant and resumes the stand. Direct examination by Mr. Moore.

5:18 PM    Court in recess until 9:00 AM.

### WEDNESDAY, NOVEMBER 21, 2018

9:02 AM    Trial resumes.

**Delmar "Sonny" Walter** is called and affirmed as a witness by Plaintiff. Direct by Mr. Hagen. Cross-examination by Mr. Moore. Redirect by Mr. Hagen.

**Dennis Kaemingk** resumes the stand. Cross-examination by Mr. Hagen. Redirect examination by Mr. Moore.

10:17 AM   Court in recess for 15 minutes.

10:32 AM   Trial resumes.

The Plaintiff rests.

**Darin Young** is called and affirmed as a witness by Defendant. Direct by Mr. Moore. Cross-examination by Mr. Hagen. Questions by the Court.

**Catherine Schlimgen** is called as a witness by Defendant and resumes the stand. Direct examination by Ms. Warner. Cross-examination by Mr. Hagen.

The Defendants rest.

**Winston Grey Brakeall** is called as a rebuttal witness by Plaintiff and resumes the stand.  Direct examination by Mr. Hagen.  Cross-examination by Mr. Moore.

The Court addresses the parties as to this case and the possibility for mediation.

Mr. Hagen, on behalf of the Plaintiff, makes arguments to the Court.

Mr. Moore, on behalf of the Defendants, makes arguments to the Court.

Mr. Hagen makes rebuttal arguments.

12:04 PM	Trial concludes.