UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| WINSTON BRAKEALL, | : | 4:18-CV-04056-LLP |
| Plaintiff, | : | |
| v. | : | |
| DENNIS KAEMINGK, Secretary of Corrections, individual and official capacity; BRENT FLUKE, individual and official capacity; KRIS KARBERG, individual and official capacity; and REBECCA SCHIEFFER, individual and official capacity, | : | **STATUS REPORT** |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

In compliance with the Court's order dated February 22, 2019 (Doc. 61), the parties report that after an opportunity for the Defendants to formulate a settlement proposal and to coordinate with several different State agencies about its feasibility and implementation, they have contacted Magistrate Judge Mark Moreno to schedule a mediation. A date has not yet been set, but the parties will supplement this report when a date has been set.

{03287668.1}

1

Case Number: 4:18-CV-04056-LLP
Status Report

Dated this 4th day of March, 2019.

WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
James E. Moore
Alexis A. Warner
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email James.Moore@woodsfuller.com
Email Alexis.Warner@woodsfuller.com
*Attorneys for Defendants*

Dated this 4th day of March, 2019.

CADWELL, SANFORD, DEIBERT & GARRY

By _____
Alex Hagen
Cadwell, Sanford, Deibert & Garry LLP
200 East 10th Street, Suite 200
Sioux Falls, SD 57104
ahagen@cadlaw.com
(605) 336-0828
*Attorneys for Plaintiff*

{03287668.1}                    2